Name            *Berhanu Jacob*    " PRO SE "

Street Address  *923 Oak St*

City and County *West Sacramento*

State and Zip Code *CA. 95605*

Telephone Number *916-912-9861*

**FILED**

JAN 26 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

*Berhanu. Jacob "PRO SE"*

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

 -against-

*U.S. Department of Education*

_____

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

2:22 = CV = 1 60 - JAM AC PS

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes    ☒ No
                *(check one)*

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Berhanu  Jacob  "Pro SE"_

Street Address _923  Oak  St_

City and County _West  Sacramento_

State and Zip Code _CA. 95605_

Telephone Number _916 - 912-9861_

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name _U-S- Department of Education_

Job or Title
(if known)

Street Address _400 Maryland Av., SW_

City and County _Washington, DC  20202_

State and Zip Code _DC, 20202_

Telephone Number _1-800-USA-LEARN (1-800-872-5327)_

Defendant No. 2

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

2

Defendant No. 3

    Name                    _____

    Job or Title           _____
    (if known)

    Street Address      _____

    City and County     _____

    State and Zip Code  _____

    Telephone Number  _____

Defendant No. 4

    Name                    _____

    Job or Title           _____
    (if known)

    Street Address      _____

    City and County     _____

    State and Zip Code  _____

    Telephone Number  _____

## II.  Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    ☑ Federal question                    ◻ Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U·s·c - 1331, 28 U·s·c  1332

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Berhanu Jacob , is a citizen of the State of *(name)* California .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.    If the defendant is a corporation

The defendant, *(name)* <u>U.S Depol/ment 2 Education</u>, is
incorporated under the laws of the State of *(name)*
_____ <u>DC</u> _____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

### III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The emaie I lecoued from Defendant regarding Borrower defense Decision claim, I disagree the defendant decision on Entirity.
1- The defendant purposly did not List WyoTech westsacramento HVAC (Diplom, On the Link provided. Bad Conduct on defendant side.
2. The defendant Miss conduced again Said that I didnt attend WyoTech westSac

5

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*For the defendant wrong doing, miss Conduct, fol all Emotional. Financial Donese & Destroying (damaging) My credit, caused me for solons fill todon. 1-I ask the court to order defendant to discharge my Student Loan Entiry. 2-I ask the court also to order defendant for $100,000. fine. for all wrong doing*

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __01/26__, 20__22__

Signature of Plaintiff _____

Printed Name of Plaintiff __BERHANU   JACOB "PRO SE"__

6

Statement of Claim

— Between (                          )

3- Not only I attended WyoTech West Sacramento HVAC (Diploma) prosrame
   But also I have graduated On 2012 HVAC (Diploma) prosrame

4- The defendant has Caused me great harm also Violated my Rishts
   Emotionally, financially, Reporting me to credit agency Late
   twice in one Month on my student Loon.
   This have Caused me my credit score to go down (Lower), Because of that
   I was force to bollow High Interst Mortsage, credit Cards,
   Auto Loon e.t.c
      on most cases also I was denied credit for Both
            personal & Business.

Relief

For proof that I have attended & graduated from wyotech
West Sacramento. HVAC (diploma) programe

I have attached copy of my diploma & supporting document
such as, student ledger, List of school, Transcript & Defendant Email.

LB 03/12



# WyoTech

## West Sacramento, California

A Division of Corinthian Colleges, Inc.

The Board of WyoTech, upon recommendation of the faculty, hereby awards this

### Diploma

in

**Benjamin Jacob**

### Heating, Ventilation and Air Conditioning

with all honors, rights and privileges thereunto,

given this Nineteenth Day of October, 2012





_School President_



_Chief Executive Officer_

_Director of Education_

980 Riverside Parkway • West Sacramento, CA 95605-1507

 Gmail

**Berhanu Jacob <korsakiya01@gmail.com>**

---

## Borrower Defense Claim Decision
1 message

---

**FSAOperations** <FSAOperations@ed.gov>                         Thu, Feb 22, 2018 at 9:59 AM
To: "KORSAKIYA01@GMAIL.COM" <KORSAKIYA01@gmail.com>

February 22, 2018

BERHANU JACOB

923 OAK ST

W SACRAMENTO, CA 95605


BD #: BD1642815

Dear BERHANU JACOB:

The U.S. Department of Education (the Department) has completed its review of your application
under the Borrower Defense regulations for discharge of your Federal student loans taken out in
connection with your enrollment at Corinthian Colleges, Inc. (Everest Institute, Everest College,
Everest University, Heald College, and WyoTech). Your application has been denied, which means
that your Federal student loans will not be discharged.

### Why was my application denied?

The Department reviewed your application specifically regarding the campus(es) you attended, the
program(s) in which you enrolled, and the date(s) that you enrolled. If available, the Department also
reviewed data from the National Student Loan Data System (NSLDS) and school-provided data regarding
your program(s) and enrollment date(s), in addition to the enrollment information on any official school
documents that you provided with your application.

Based on that review, it is the Department's determination that you did not enroll in a covered program
during one of the eligible time periods listed at the links below. Either (a) the initial enrollment date(s) or
program(s) you provided in your application fell outside the eligibility period for the program(s) at your
campus(es), or (b) you provided an eligible initial enrollment date for the program(s) at your campus(es), but
both NSLDS data and the school's data indicated that you enrolled outside the eligibility period.

Your borrower defense application did not describe any other specific misconduct related to your loan or
your education that would be actionable under State law. Therefore, your borrower defense application for
discharge of your Federal Direct Loan(s) is denied.

### Applicable Law

A borrower may be eligible for a discharge (forgiveness) of one or more Direct Loans if the borrower's
school engaged in acts or omissions that would give rise to a cause of action against the school under
applicable State law. *See* § 455(h) of the Higher Education Act, 20 U.S.C. § 1087e(h), and 34 C.F.R. §
685.206(c)(1) (the Borrower Defense regulation). The Department will recognize a borrower's defense to
repayment of a loan only if the cause of action directly relates to the loan or to the school's provision of

educational services for which the loan was provided. U.S. Department of Education, Notice of Interpretation, 60 Fed. Reg. 37,769 (Jul. 21, 1995).

The Department has found that at various times between 2010 and 2014, schools operated by Corinthian Colleges, Inc. published misleading job placement rates for many of their programs of study. The Department determined that students at these schools who first enrolled in certain programs during covered time periods have borrower defense claims and are eligible for a discharge of all or part of their loans under the Department's Borrower Defense regulation. Lists of covered programs and time periods are available online at these links: https://studentaid.ed.gov/sa/sites/default/files/ev-wy-findings.pdf and https://studentaid.ed.gov/sa/sites/default/files/heald-findings.pdf.

## What if I do not agree with this decision?

This is the Department's final decision on all allegations raised to date in connection with your Federal student loans for your attendance at a school(s) owned or operated by Corinthian Colleges, Inc. If you disagree with this decision, you may file a lawsuit in U.S. District Court.

## Can I apply for borrower defense if I have additional claims?

If you wish to file a new application regarding acts or omissions by the school other than those described in the application (BD # BD1642815) that you believe support a valid borrower defense claim, please refer to the information and application available on the Department's website on borrower defense at StudentAid.ed.gov/borrower-defense. In that application, you should explain in the relevant section(s) the basis for your new borrower defense claim and submit all supporting evidence.

## What should I do now?

Because the Department has denied your borrower defense claim, you are responsible for repayment of your loans. If your loans were placed in forbearance as a result of your borrower defense application, those loans will be removed from forbearance by your servicer.

If your loans are in default and are currently in stopped collections, your loans will be removed from stopped collections. Failure to begin or resume repayment could result in collection activity such as administrative wage garnishment, offset of State and Federal payments you may be owed, and litigation.

If your application was pending for more than one year and your applicable loans are owned by the Department, the Department will take steps to reduce the amount of interest that has accrued on your loan(s). Your servicer will provide additional information in the coming months regarding the specific amount of interest adjusted.

If you have questions about the status of your loans or questions about repayment options, please contact your servicer(s) or the Default Resolution Group (if your loan is in default) at 1-800-621-3115. If you do not know the name of your loan servicer, you can find that information at nslds.ed.gov. For further information on Federal Student Loan repayment and discharge, please visit: https://studentaid.ed.gov/sa/repay-loans/forgiveness-cancellation.

Sincerely,

Borrower Defense Unit

Federal Student Aid

U.S. Department of Education

**image001.png**
1K

# Student Ledger

**WyoTech**
00424
980 Riverside Parkway
West Sacramento, CA
95605
(916) 376-8888

**Jacob, Berhanu**
2342 55th Street
San Diego, CA 92105

(619) 634-4540

**Student ID** 1123856169
**SSN** 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
**Start Date** 01-30-2012
**Program Version** Heating, Ventilation & Air Conditioning
**Current Status** Graduate
**Account Status**
**Clock Hours** 720.00
**LDA** 10-19-2012
**Payment Plan** 0
**DOD**

## Heating, Ventilation & Air Conditioning

| Item Posted | EffectiveDate | AY Seq | Trx Type | Sa Code | Bill ItemDescription | ProgramVersion | SchoolStatus | Fund Source | Receipt # | StartDate | ActionDate | Comments | DOD | Charges | Payments | Withdrawal | Refunds | LastDate | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11/19/2012 | | | | | Heating, Ventilation & Air Conditioning | Graduate | | | 01/30/2012 | 10/23/2012 | | | | | | | 10/19/2012 | |
| 01-30-2012 | | 1 | I | TUIT | Tuition | | | | | | | Auto-Bill | 18,409.00 | | | | 18,409.00 |
| 01-01-2012 | | 1 | P | | Pell Grant 2011-12 | | | PELL 12-032-0006 | | | | FA 263594 | | 0.00 | 2,775.00 | 0.00 | $0.00 | 15,634.00 |
| 01-06-2012 | | 1 | P | | GENACC | | | GENACC 20120216-779/12-047-9260 | | | | 20120216-779 | | 0.00 | 3,453.00 | 0.00 | $0.00 | 12,181.00 |
| 02-22-2012 | | 1 | | STRF | Student Tuition Recovery Fund | | | | | | | | | 48.00 | | | $0.00 | 12,229.00 |
| 03-02-2012 | | 1 | P | | Direct Subsidized Loan 2 2011-12 | | | DLSUB2 12-062-0005 | | | | FA 272141 | | 0.00 | 1,742.00 | 0.00 | $0.00 | 10,487.00 |
| 03-02-2012 | | 1 | P | | Direct Unsubsidized Loan 2 2011-12 | | | DLUSUB2 12-062-0043 | | | | FA 272141 | | 0.00 | 2,985.00 | 0.00 | $0.00 | 7,502.00 |
| 06-27-2012 | | 1 | P | | Pell Grant 2011-12 | | | PELL 12-179-0004 | | | | FA 473289 | | 0.00 | 2,775.00 | 0.00 | $0.00 | 4,727.00 |
| 07-10-2012 | | 1 | P | | SEOG 2011-12 | | | SEOG 12-192-0042 | | | | FA 475705 | | 0.00 | 150.00 | 0.00 | $0.00 | 4,577.00 |
| 07-10-2012 | | 1 | P | | SEOG 2011-12 | | | SEOG 12-192-0120 | | | | FA 475705 | | 0.00 | 150.00 | 0.00 | $0.00 | 4,427.00 |
| 07-29-2012 | | 1 | D | TUIT | Tuition | | | | | | | GRAD | | 0.00 | 0.00 | 0.00 | $0.00 | 4,427.00 |
| 11-06-2012 | | 1 | P | | Direct Subsidized Loan 2 Payment 2011-12 | | | DLSUB2 12-311-4400 | | | | | | 0.00 | 1,742.00 | 0.00 | $0.00 | 2,685.00 |
| 11-06-2012 | | 1 | P | | Direct Unsubsidized Loan 2 Payment 2011-12 | | | DLUSUB2 12-311-4403 | | | | FA Manual | | 0.00 | 2,985.00 | 0.00 | $0.00 | 0.00 |
| 11-09-2012 | | 1 | P | | Refund - GENACC 2011-12 | | | GENACC Net | | | | | | 0.00 | 0.00 | 0.00 | ($300.00) | (300.00) |

# Student Ledger

**WyoTech**
00424
980 Riverside Parkway
West Sacramento, CA
95605
(916)376-8888

**Jacob, Berhanu**
2342 55th Street
San Diego, CA 92105

(619)634-4540

| | |
|---|---|
| Student ID | 112356169 |
| SSN | 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 |
| Start Date | 01-30-2012 |
| Program Version | Heating, Ventilation & Air Conditioning |
| Current Status | Graduate |
| Account Status | |
| Clock Hours | 720.00 |
| LDA | 10-19-2012 |
| Payment Plan | 0 |

## Heating, Ventilation & Air Conditioning

| Item Posted | AY Seq | Trx Type | Sa Code | Bill Item | Description | Fund Source | Receipt # | Comments | Payments | Charges | Payments | Refunds | Write Offs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1.00 | | | | | | | | | | | |
| | | | | | | | | | | $18,457.00 | $18,757.00 | $(300.00) | $0 | $0.00 |

| | Charges | Payments | NT4Payments | T4 Payments | |
|---|---|---|---|---|---|
| | $18,457 | $18,457 | $3,153 | $15,304 | |

CampusVue Production

# Student Ledger

11/27/2012

**WyoTech**

00424
960 Riverside Parkway
West Sacramento, CA
95605
(916)376-8888

**Jacob, Berhanu**
2342 55th Street
San Diego, CA 92105

(619)634-4540

| | |
|---|---|
| **Student ID** | 1123856169 |
| **SSN** | 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 |
| **Start Date** | 01-30-2012 |
| **Program Version** | Heating, Ventilation & Air Conditioning |
| **Current Status** | Graduate |
| **Account Status** | |
| **Clock Hours** | 720.00 |
| **LDA** | 10-19-2012 |
| **Payment Plan** | 0 |

## Account Summary

| | AY | Seq | StartDate | EndDate | Charges | Payments | Refund | Balance |
|---|---|---|---|---|---|---|---|---|
| Heating, Ventilation & Air Conditioning | 1 | 01/30/2012 | 10/19/2012 | $ 18,457.00 | $ 18,757.00 | ($300.00) | $ 0.00 |
| **Student Totals :** | | | | | 18457.00 | 18,757.00 | -300.00 | 0.00 |

## Credit Balance Summary

| | AY | Seq | StartDate | EndDate | Charges | Payments | T4Payments | NT4Payments | Writeoffs | Balance | Waiver |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Heating, Ventilation & Air Conditioning | 1 | 01/30/2012 | 10/19/2012 | $ 18,457.00 | $ 18,457.00 | $ 15,304.00 | $ 3,153.00 | $ 0.00 | 0.00 | N |
| **Student Totals :** | | | | | 18,457.00 | 18,457.00 | 15,304.00 | 3,153.00 | 0.00 | 0.00 | |

Page 3 of 3

# Official Transcript

WyoTech
980 Riverside Parkway
West Sacramento, CA 95605

October 25, 2012
Name : Berhanu Jacob
Student ID : 7123856169

**Degree :** Diploma
**Date Conferred :** 10/19/2012

**Program :** Heating, Ventilation and Air Conditioning

——— Academic Program History ———

**Program :** 01-30-2012 Heating, Ventilation and Air Conditioning

**Honors:**

——— Honors Awarded ———

| | Total Credits | 38.50 | 38.50 |
|---|---|---|---|

| Course Code | Course Description | Credits Attempted | Credits Earned | Grade |
|---|---|---|---|---|
| **Term: 2012 Jan 30 - Feb 24** 1/30/2012 - 2/24/2012 | | | | |
| ACRS1060 | Air Conditioning | 4.00 | 4.00 | A |
| **Term Honors:** | | | | |
| | **Term GPA: 4.00** | **Cum GPA: 4.00** | | |
| **Term: 2012 Feb 27 - Mar 23** 2/27/2012 - 3/23/2012 | | | | |
| ACRS1110 | Fuel Heating Systems | 4.00 | 4.00 | A |
| **Term Honors:** | | | | |
| | **Term GPA: 4.00** | **Cum GPA: 4.00** | | |

| Course Code | Course Description | Credits Attempted | Credits Earned | Grade |
|---|---|---|---|---|
| **Term: 2012 Mar 26 - Apr 20** 3/26/2012 - 4/20/2012 | | | | |
| ACRS1150 | Air Distribution | 4.00 | 4.00 | A |
| **Term Honors:** | | | | |
| | **Term GPA: 4.00** | **Cum GPA: 4.00** | | |

Not official unless signed by registrar.

# Official Transcript

WyoTech
980 Riverside Parkway
West Sacramento, CA 95605

October 25, 2012
Name : Berhanu Jacob
Student ID : 112385169

| Course Code | Course Description | Credits Attempted | Credits Earned | Grade |
|---|---|---|---|---|
| **Term: 2012 Apr 25 - May 22** | | | | |
| 4/25/2012 - 5/22/2012 | | | | |
| ACRS1010 | Basic Electricity | 4.00 | 4.00 | A |
| Term Honors: | | | | |
| | | Cum GPA: 4.00 | 4.00 | |
| | | | 4.00 | |
| **Term: 2012 May 23 - Jun 20** | | | | |
| 5/23/2012 - 6/20/2012 | | | | |
| ACRS2060 | Heat Pumps | 4.00 | 4.00 | A |
| Term Honors: | | | | |
| | | Cum GPA: 4.00 | 4.00 | |
| Term GPA: 4.00 | | | 4.00 | |
| **Term: 2012 Jun 22 - Jul 20** | | | | |
| 6/22/2012 - 7/20/2012 | | | | |
| ACRS2110 | System Appliation and Design | 4.00 | 4.00 | A |

| Course Code | Course Description | Credits Attempted | Credits Earned | Grade |
|---|---|---|---|---|
| Term GPA: 4.00 | | Cum GPA: 4.00 | 4.00 | |
| | | | 4.00 | |
| **Term: 2012 Jul 23 - Aug 17** | | | | |
| 7/23/2012 - 8/17/2012 | | | | |
| ACRS2160 | RHVAC Diagnostics | 4.00 | 4.00 | A |
| Term Honors: | | | | |
| Term GPA: 4.00 | | Cum GPA: 4.00 | 4.00 | |
| | | | 4.00 | |

Not official unless signed by registrar.

# Official Transcript

**WyoTech**
980 Riverside Parkway
West Sacramento, CA 95605

Case 2:22-cv-00160-DAD-AC Document 1 Filed 01/26/22 Page 18 of 21

| Course Code | Course Description | Credits Attempted | Credits Earned | Grade | Course Code | Course Description | Credits Attempted | Credits Earned | Grade |
|---|---|---|---|---|---|---|---|---|---|
| **Term: 2012 Aug 24 - Sep 21** | | | | | | | | | |
| 8/24/2012 - 9/21/2012 | | | | | | | | | |
| ACRS2010 | Systems Controls | 4.00 | 4.00 | A | | | | | |
| Term GPA: 4.00 | Cum GPA: 4.00 | | | | | | | | |
| Term Honors: | | | | | | | | | |
| **Term: 2012 Sep 24 - Oct 19** | | | | | | | | | |
| 9/24/2012 - 10/19/2012 | | | | | | | | | |
| CONS1010 | Basic Construction | 4.50 | 4.50 | A | | | | | |
| Term GPA: 4.00 | Cum GPA: 4.00 | | 4.50 | 4.50 | | | | | |
| Term Honors: | | | | | | | | | |
| Honors: | | | | | | | | | |

Heating, Ventilation and Air Conditioning
Total Credits: 36.50  GPA: 4.00  36.50  36.50
Honors:

*** End of Transcript ***

Authorized Signature _____  Date 10/23/12

Not official unless signed by registrar.

**List of Everest/WyoTech Programs and Enrollment Dates Covered by Department of Education Findings**
**Updated June 15, 2016**

| STATE | CAMPUS AND PROGRAM | PERIOD/DATE OF ENROLLMENT |
|-------|--------------------|---------------------------|
| CA | Everest Alhambra-Business Operations (Diploma) | 7/1/2010 – 9/30/2013 |
| CA | Everest Alhambra-Dental Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest Alhambra-Massage Therapy (Diploma) | 7/1/2011 – 9/30/2014 |
| CA | Everest Alhambra-Medical Administrative Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest Alhambra-Medical Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest Alhambra-Medical Insurance Billing and Coding (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest Alhambra-Pharmacy Technician (Diploma) | 7/1/2010 – 9/30/2013 |
| | | |
| CA | Everest Anaheim-Criminal Justice (Associate) | 7/1/2013 – 9/30/2014 |
| CA | Everest Anaheim-Dental Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest Anaheim-Medical Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest Anaheim-Medical Insurance Billing and Coding (Diploma) | 7/1/2010 – 9/30/2013 |
| | | |
| CA | Everest City of Industry-Business Management/Administrative Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest City of Industry-Criminal Justice (Associate) | 7/1/2012 – 9/30/2014 |
| CA | Everest City of Industry-Dental Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest City of Industry-Massage Therapy (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest City of Industry-Medical Assistant (Diploma) | 7/1/2010 – 9/30/2013 |
| CA | Everest City of Industry-Medical Insurance Billing and Coding (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest City of Industry-Pharmacy Technician (Diploma) | 7/1/2010 – 9/30/2014 |
| | | |
| CA | Everest Gardena-Dental Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest Gardena-Massage Therapy (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest Gardena-Medical Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest Gardena-Medical Insurance Billing and Coding (Diploma) | 7/1/2011 – 9/30/2014 |
| CA | Everest Gardena-Pharmacy Technician (Diploma) | 7/1/2011 – 9/30/2014 |
| | | |
| CA | Everest Hayward-Massage Therapy (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest Hayward-Medical Administrative Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest Hayward-Medical Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest Hayward-Medical Insurance Billing and Coding (Diploma) | 7/1/2011 – 9/30/2014 |
| | | |
| CA | Everest Los Angeles Wilshire-Dental Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest Los Angeles Wilshire-Massage Therapy (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest Los Angeles Wilshire-Medical Administrative Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest Los Angeles Wilshire-Medical Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest Los Angeles Wilshire-Medical Insurance Billing and Coding (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest Los Angeles Wilshire-Pharmacy Technician (all credential levels) | 7/1/2010 – 9/30/2014 |
| | | |
| CA | Everest Ontario-Dental Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest Ontario-Massage Therapy (Diploma) | 7/1/2011 – 9/30/2014 |
| CA | Everest Ontario-Medical Administrative Assistant (Diploma) | 7/1/2010 – 9/30/2014 |

| | | |
|---|---|---|
| CA | Everest Ontario-Medical Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest Ontario-Medical Insurance Billing and Coding (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest Ontario-Pharmacy Technician (Diploma) | 7/1/2010 – 9/30/2014 |
| | | |
| CA | Everest Ontario Metro-Accounting (Associate) | 7/1/2010 – 9/30/2014 |
| CA | Everest Ontario Metro-Applied Management (Bachelor) | 7/1/2011 – 9/30/2014 |
| CA | Everest Ontario Metro-Business (Associate) | 7/1/2010 – 9/30/2014 |
| CA | Everest Ontario Metro-Business (Bachelor) | 7/1/2010 – 9/30/2014 |
| CA | Everest Ontario Metro-Business Administration (AAS) | 7/1/2010 – 9/30/2014 |
| CA | Everest Ontario Metro-Criminal Justice (Associate) | 7/1/2010 – 9/30/2014 |
| CA | Everest Ontario Metro-Criminal Justice (Bachelor) | 7/1/2010 – 9/30/2014 |
| CA | Everest Ontario Metro-Nursing (Associate) | 7/1/2012 – 9/30/2014 |
| CA | Everest Ontario Metro-Paralegal (Associate) | 7/1/2010 – 9/30/2014 |
| | | |
| CA | Everest Reseda-Dental Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest Reseda-Massage Therapy (Diploma) | 7/1/2011 – 9/30/2014 |
| CA | Everest Reseda-Medical Administrative Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest Reseda-Medical Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest Reseda-Medical Insurance Billing and Coding (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest Reseda-Pharmacy Technician (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest Reseda-Surgical Technologist (Diploma) | 7/1/2010 – 9/30/2014 |
| | | |
| CA | Everest San Bernardino-Business (Associate) | 7/1/2012 – 9/30/2014 |
| CA | Everest San Bernardino-Criminal Justice (Associate) | 7/1/2011 – 9/30/2012; 7/1/2013 – 9/30/2014 |
| CA | Everest San Bernardino-Dental Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest San Bernardino-Electrician (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest San Bernardino-Massage Therapy (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest San Bernardino-Medical Administrative Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest San Bernardino-Medical Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| | | |
| CA | Everest San Francisco-Dental Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest San Francisco-Massage Therapy (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest San Francisco-Medical Assistant (Diploma) | 7/1/2011 – 9/30/2014 |
| CA | Everest San Francisco-Pharmacy Technician (Diploma) | 7/1/2010 – 9/30/2014 |
| | | |
| CA | Everest San Jose-Dental Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest San Jose-Massage Therapy (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest San Jose-Medical Administrative Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest San Jose-Medical Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest San Jose-Medical Insurance Billing and Coding (Diploma) | 7/1/2011 – 9/30/2014 |
| | | |
| CA | Everest Torrance-Medical Assistant (Diploma) | 7/1/2012 – 9/30/2014 |
| CA | Everest Torrance-Pharmacy Technician (Diploma) | 7/1/2012 – 9/30/2014 |
| | | |
| CA | Everest West Los Angeles-Criminal Justice (Associate) | 7/1/2013 – 9/30/2014 |
| CA | Everest West Los Angeles-Dental Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest West Los Angeles-Massage Therapy (Diploma) | 7/1/2011 – 9/30/2014 |
| CA | Everest West Los Angeles-Medical Administrative Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | Everest West Los Angeles-Medical Assistant (Diploma) | 7/1/2010 – 9/30/2014 |

| CA | Everest West Los Angeles-Medical Insurance Billing and Coding (Diploma) | 7/1/2010 – 9/30/2014 |
|---|---|---|
| CA | Everest West Los Angeles-Paralegal (Associate) | 7/1/2013 – 9/30/2014 |
| CA | Everest West Los Angeles-Pharmacy Technician (Diploma) | 7/1/2010 – 9/30/2014 |
| | | |
| CA | WyoTech Fremont-Applied Automotive Technology  - Advanced Diagnostics Concentration (Diploma) | 7/1/2010 – 9/30/2013 |
| CA | WyoTech Fremont-Applied Automotive Technology (Diploma) | 7/1/2010 – 9/30/2013 |
| CA | WyoTech Fremont-Automotive Technology/ Concentration in Automotive Diagnostics (Associate) | 7/1/2010 – 9/30/2014 |
| CA | WyoTech Fremont-Automotive Technology/ Concentration in Service Management (Associate) | 7/1/2010 – 9/30/2014 |
| CA | WyoTech Fremont-Commercial Heating Ventilation and Air Conditioning (CHVAC) (Diploma) | 7/1/2011 – 9/30/2014 |
| CA | WyoTech Fremont-Electrician (Diploma) | 7/1/2011 – 9/30/2012 |
| CA | WyoTech Fremont-Heating Ventilation and Air Conditioning (HVAC) (Diploma) | 7/1/2011 – 9/30/2013 |
| CA | WyoTech Fremont-Motorcycle Technician (Diploma) | 7/1/2011 – 9/30/2014 |
| CA | WyoTech Fremont-Plumbing Technology (Diploma) | 7/1/2011 – 9/30/2012 |
| CA | WyoTech Fremont-Residential Heating Ventilation and Air Conditioning (HVAC) (Diploma) | 7/1/2011 – 9/30/2014 |
| | | |
| CA | WyoTech Long Beach-Automotive Technician (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | WyoTech Long Beach-Automotive Technology (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | WyoTech Long Beach-Electrician (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | WyoTech Long Beach-Heating Ventilation and Air Conditioning (HVAC) (Diploma) | 7/1/2010 – 9/30/2013 |
| CA | WyoTech Long Beach-Industrial Electrical Technology (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | WyoTech Long Beach-Medical Assistant (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | WyoTech Long Beach-Plumbing Technology (Diploma) | 7/1/2010 – 9/30/2014 |
| | | |
| CA | WyoTech West Sacramento-Automotive Technology (all credential levels) | 7/1/2010 – 9/30/2014 |
| CA | WyoTech West Sacramento-Automotive Technology and Management (Associate) | 7/1/2010 – 9/30/2014 |
| CA | WyoTech West Sacramento-Automotive Technology with Advanced Automotive Diagnostics (all credential levels) | 7/1/2010 – 9/30/2014 |
| CA | WyoTech West Sacramento-Collision/Refinishing and Upholstery Technology (Diploma) | 7/1/2010 – 9/30/2014 |
| CA | WyoTech West Sacramento-Street Rod and Custom Fabrication with Automotive Technology (Diploma) | 7/1/2010 – 9/30/2014 |
| | | |
| CO | Everest Aurora (CO)-Accounting (Associate) | 7/1/2010 – 9/30/2014 |
| CO | Everest Aurora (CO)-Business (Associate) | 7/1/2010 – 9/30/2012; 7/1/2013 – 9/30/2014 |
| CO | Everest Aurora (CO)-Criminal Justice (Associate) | 7/1/2011 – 9/30/2012; 7/1/2013 – 9/30/2014 |
| CO | Everest Aurora (CO)-Dental Assistant (Diploma) | 7/1/2011 – 9/30/2012 |
| CO | Everest Aurora (CO)-Medical Administrative Assistant (Diploma) | 7/1/2011 – 9/30/2012 |
| CO | Everest Aurora (CO)-Medical Assistant (Diploma) | 7/1/2011 – 9/30/2012 |
| CO | Everest Aurora (CO)-Medical Insurance Billing and Coding (Diploma) | 7/1/2010 – 9/30/2012; 7/1/2013 – 9/30/2014 |
| CO | Everest Aurora (CO)-Pharmacy Technician (Diploma) | 7/1/2010 – 9/30/2012 |

*WyoTech West Sacramento HVAC (Diploma) Missing —*

*WyoTech West Sacramento - Residential Heating Ventilation and Air Conditioning (HVAC) Diploma Is missing on the List.*