# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**BERHANU JACOB,**

                                        CASE NO: **2:22–CV–00160–DAD–AC**

      v.

**UNITED STATES DEPARTMENT OF EDUCATION,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/23/2023**

                                                **Keith Holland**
                                                Clerk of Court

ENTERED: **January 23, 2023**

                                    by: /s/ L. Reader
                                              Deputy Clerk